Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___





UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE YOST, et. al., ) | CASE NO. ED CV 04-57-DDP (PJW) |
| Plaintiffs, ) | |
| ) | [~~PROPOSED~~] ORDER DISMISSING |
| v. ) | CASE WITHOUT PREJUDICE |
| ) | |
| THE ALLEGED CITY OF YUCAIPA, et al., ) | **THIS CONSTITUTES NOTICE OF ENTRY** |
| ) | **AS REQUIRED BY FRCP, RULE 77(d).** |
| Defendants. ) | |

On January 14, 2004, Plaintiffs filed this civil rights action against Defendants, complaining of various constitutional violations stemming from Defendants' attempts to prevent Plaintiffs from running a business on their land in Yucaipa. The Court issued a standard initiating order informing Plaintiffs, among other things, that they had to serve Defendants within 120 days or the suit was subject to dismissal.

On June 14, 2004, the Court issued a minute order requiring Plaintiffs to submit a status report setting forth whether service had been accomplished. In response, on July 2, 2004, Plaintiffs filed a response informing the Court that they had not served any of the Defendants and, further, requesting that the suit be "withdrawn"

without prejudice "due to [Plaintiffs'] perception that the instant case is not needed at this time and may never be needed."

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action (even without a court order) at any time before the service by an adverse party of an answer or motion for summary judgment. For this reason, the Court now orders that this case be dismissed without prejudice.[1]

IT IS SO ORDERED.

DATED: July 14, 2004.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
United State Magistrate Judge

S:\Cases-Civil Rights\YOST, R\dismissal order.wpd

---

[1] Plaintiffs couched their dismissal as "Withdrawal of Case Without Prejudice." Though technically a court order is not required to dismiss a case at this juncture, because of the ambiguity of Plaintiffs' language, the Court finds it appropriate to issue this order.